------------------------------------------------x

In the Matter of the Arbitration

- between --

BAILEY SHIPPING LIMITED,

      Claimant,

- and --

AMERICAN BUREAU OF SHIPPING,
AMERICAN BUREAU OF SHIPPING
HELLAS, MS. MARTHA C. ADAMS,
MR. IONNIS ARKENAKIS, MR.
CHRISTOS LAMBROU and MR.
PANTELIS KALIPETIS,

      Respondents.

------------------------------------------------x

Rec'd By: Stacey Wakudara
Dept or Branch: Banking Services
Date Rec'd: 3/11/14
Type of Mail Service:
 X Certified/Overnight
 ___ E-mail
 ___ Regular I/O
Forwarded to: ___
Date Forwarded: ___

## SUBPOENA DUCES TECUM

To: Atlantic Bank of New York
   387 Park Avenue South
   New York, NY 10016

  You are hereby commanded to appear in an arbitration proceeding in the above captioned proceeding to be held at the offices of:

    Hill Rivkins LLP
    45 Broadway – Suite 1500
    New York, NY 10006

on the 17th day of March, 2014 at 12:00 p.m. of said day to testify as to all banking transactions surrounding and involving the attached Cheque No. 2587195 (hereinafter "Cheque 2587195") including, without limitation, its issuance, presentation, payment and negotiation or dishonor, and/or cancellation, as well as to all conversations, communications, notations, or instructions issued by or to Atlantic

1

Bank with respect to Cheque 2587195 and to bring with you the following documents:

1. The original and all copies of the both sides of Cheque 2587195 maintained by Atlantic Bank, including all documents or copies of documents reflecting the negotiation or other disposition of said Cheque 2587195.

2. All documents and/or electronic records reflecting the receipt of Cheque 2587195 by Atlantic Bank.

3. All ledgers, books of entry or similar documents or electronic records evidencing all transfer of $10,000,000 in payment of Cheque 2587195.

4. All evidence of transfer of $10,000,000 to the order of Wave Navigation Ltd. and any and all instructions received from the entity depositing Cheque 2587195.

5. All records reflecting transactions in Atlantic Bank account ▆▆▆▆▆▆ from August 1, 2007 to September 30, 2007.

6. All correspondence, communications, e-mails, telegrams, telexes, notes of telephone conversations relating to Cheque 2587195.

7. All correspondence, communications, e-mails, telegrams, telexes, notes of telephone conversations relating to Wave Navigation, Ltd., Bailey Shipping Limited, the vessel M/V MAX or the vessel M/V ZAIRA between August 1 and September 30, 2007.

Failure on your part to comply with the foregoing subpoena will result in the filing of a petition pursuant to 9 USC §7 seeking to hold you in contempt of court.

March 7, 2014

_____
Arbitrator – Christopher Mansuy

_____
Arbitrator – William C. Bennett

_____
Chairman – John F. Ryan

2

Bank with respect to Cheque 2587195 and to bring with you the following documents:

1. The original and all copies of the both sides of Cheque 2587195 maintained by Atlantic Bank, including all documents or copies of documents reflecting the negotiation or other disposition of said Cheque 2587195.

2. All documents and/or electronic records reflecting the receipt of Cheque 2587195 by Atlantic Bank.

3. All ledgers, books of entry or similar documents or electronic records evidencing all transfer of $10,000,000 in payment of Cheque 2587195.

4. All evidence of transfer of $10,000,000 to the order of Wave Navigation Ltd. and any and all instructions received from the entity depositing Cheque 2587195.

5. All records reflecting transactions in Atlantic Bank account [redacted] from August 1, 2007 to September 30, 2007.

6. All correspondence, communications, e-mails, telegrams, telexes, notes of telephone conversations relating to Cheque 2587195.

7. All correspondence, communications, e-mails, telegrams, telexes, notes of telephone conversations relating to Wave Navigation, Ltd., Bailey Shipping Limited, the vessel M/V MAX or the vessel M/V ZAIRA between August 1 and September 30, 2007.

Failure on your part to comply with the foregoing subpoena will result in the filing of

a petition pursuant to 9 USC §7 seeking to hold you in contempt of court.

March 7, 2014

_____
Arbitrator – Christopher Mansuy

William R Bennett respectfully
Arbitrator – William R. Bennett

_____
Chairman – John F. Ryan

2

LENNON, MURPHY, CAULFIELD & PHILLIPS, LLC
Attorneys for Bailey Shipping Limited
420 Lexington Avenue, Suite 300
New York, NY 10170
Tel.: 212-490-6050
E-mail: pfl@lmcplegal.com

HILL RIVKINS LLP
Attorneys for American Bureau of Shipping
45 Broadway, Suite 1500
New York, NY 10006
Tel.: 212-669-0600
E-mail: mwilson@hillrivkins.com

Note: This subpoena is issued at the request of Hill Rivkins LLP, as attorneys for the American Bureau of Shipping. Questions concerning compliance may be directed to Michael D. Wilson, Esq. (212-669-0619) or Caspar F. Ewig, Esq. (212-669-0616) at Hill Rivkins.





# HILL RIVKINS LLP

45 Broadway, Suite 1500, New York, NY 10006-3793
Tel: 212 669-0600    Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

March 10, 2014

**By Federal Express**
Ms. Laura M. Martini
2nd Vice President, Legal Research Administrator
Banking Services Dept/Legal Research
New York Community Bancorp, Inc.
615 Merrick Avenue
Westbury, NY 11590

Re:   Wave Navigation;
      Bailey v. American Bureau of Shipping
      Our File No. 31263-MDW

Dear Ms. Martini:

We enclose corrected Subpoena Duces Tecum in this action, as you requested. We await your advices on the results of your research and thank you in advance for your courtesy.

Very truly yours,

HILL RIVKINS LLP

Michael D. Wilson

MDW:ds
Enc.
049Martini-ltr

NEW JERSEY
102 South Broadway
South Amboy, NJ 08879-1708
Tel: 732 838-0300  Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Tel: 713 222-1515  Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263  Fax: 916 535-0268
e-mail: thefirm@brnlaw.com