**New York Commercial Bank**
Member FDIC
615 Merrick Avenue, Westbury, NY 11590

March 21, 2014

Michael Wilson
Hill Rivkins LLP
45 Broadway-Suite 1500
New York, N.Y. 10016
212-669-0619

Re: Subpoena Duces Tecum-Cheque #2587195
Re: Subpoena Duces Tecum-███████

Dear Mr. Wilson,

In response to the Subpoenas served on Atlantic Bank, a Division of, New York Commercial Bank (dated 02/06/14 and 3/7/14), a search was made of the Bank's Databases. Please see response below:

Please be advised, any information/documentation that did not fall within the scope of the Subpoena has been redacted.

### Subpoena Time Frame-August 1, 2007-September 30, 2007

1. No record.
2. No record.
3. No record.
4. No record.
5. Statements-August 2007-September 2007-#███████(National Bank of Greece).
6. Swift message dated 8/22/07.
7. No record.

_Subpoena is Satisfied._

Yours Truly,

Laura M. Martini
2nd Vice President, Legal Research Administrator
Banking Services Department
516-683-4058 (P)
516-683-8360 (F)
Laura.Martini@MYNYCB.COM
UPS No. 1Z03X58X2995473985

The NYCB *Family* of Banks

New York Community Bank • Member FDIC and its Divisions –
Queens County Savings Bank • Roslyn Savings Bank • Richmond County Savings Bank
Roosevelt Savings Bank • Garden State Community Bank • Ohio Savings Bank • AmTrust Bank
New York Commercial Bank • Member FDIC
and its Atlantic Bank Division

## Laura Martini - Retail Back Office Ops

**From:** Laura Martini - Retail Back Office Ops
**Sent:** Wednesday, April 02, 2014 4:20 PM
**To:** 'mwilson@hillrivkins.com'
**Subject:** WAVE NAVIGATION
**Attachments:** NBG DOC.pdf; NBG LETTER.pdf

Mr. Wilson,

Please see my letter attached and correspondence and documentation sent from the National Bank of Greece.

LAURA M. MARTINI
2nd Vice President, Legal Research Administrator
Banking Services Dept/Legal Research

New York Community Bancorp, Inc.
615 Merrick Avenue
Westbury, N.Y. 11590
Phone: 516-683-4058 | Fax: 516-683-8360
E-Mail: LAURA.MARTINI@MYNYCB.COM

"Working together is our strength" "

# NATIONAL BANK OF GREECE

SHIPPING BRANCH 196

014

Adress: 2, Bouboulinas Srt.

And Akti Miaouli

18535 Piraeus Greece

Tel:+30 210 4144001

Fax:+30 210 4144005

To: NEW YORK COMMUNITY BANK

615 Merrick Avenue

Westbury New York 11590

Piraeus, 19th March 2014

Re: Subpoena Duces Teacum-cheque 2587195 (in the amount of 10 million dollars)

Dear New York Community Bank,

We supply relative documentation of the above case.

Yours Faithfully

National Bank of Greece SA

Shipping Branch 196

M. Maniatakou

D. Rapti

Encl: 6



**NATIONAL BANK OF GREECE**

CHEQUE No. 2587195

1-750/260

PIRAEUS   22 AUG 2007   SHIPPING BR.

USD   ******10.000.000,00*

place, date    WAVE NAVIGATION LTD   Branch

Pay to the order of

The sum of U.S. dollars   TEN MILLION ONLY**

ATLANTIC BANK OF NEW YORK
960 Avenue of the Americas
New York, NY 10001 U.S.A.

NATIONAL BANK OF GREECE S.A.
SHIPPING BRANCH (790)
BOUBOULINAS 2 AND AKTI MIAOULI
S. Sarantopoulos 85 PIRAEUS
Authorized Signatures
D. Rapti

⑆02587195⑆ ⑈026007582⑉

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ΕΘΝΙΚΗ
Ε.Τ.Ε. - ΝΑΥΤΙΛΙΑΣ
22 ΑΥΓ. 2007
ΜΠΟΥΜΠΟΥΛΙΝΑΣ 2 & ΑΚΤΗ ΜΙΑΟΥΛΗ
185 35 ΠΕΙΡΑΙΑΣ

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features:
Microprint Signature Line
Chemical Protection
Security Screen

Results of document alteration:
* Small dots to appear in signature line
* "Void" appears when photocopied
* Stains or spots appear when treated
* Border disrupts
* Appears of "Copies Document"
* Wording on back of check

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

True copy of the original.
Piraeus 19/3/2014
The certifying lawyer

ΚΑΤΕΡΙΝΑ Μ. ΑΘΑΝΑΣΙΟΥ
ΔΙΚΗΓΟΡΟΣ Α.Π. (17629 Α.Σ.Α.)
ΜΠΟΥΜΠΟΥΛΙΝΑΣ 2, ΠΕΙΡΑΙΑΣ
ΤΗΛ. 210 4144165, ΚΙΝ. 693 2597 17917
e-mail: [illegible]

Katerina M. Athanasiou
Lawyer (Athens Bar 17628
2, Bouboulinas str., Piraeus
tel +30 210 4144165

ΕΚΤΥΠΩΣΗ ΕΙΣΑΓΩΓΗΣ ΜΗΝΥΜΑΤΟΣ SWIFT(MT199) ΤΗΣ 22/08/2007

ΕΝΔΕΙΞΗ ΑΝΤΑΠΟΚΡΙΤΡΙΑΣ    : 1962587195
ΤΡΑΠΕΖΑ ΛΗΨΗΣ              : ΑΒΝΥUS33ΧΧΧ

TRANSACTION REFERENCE NUMBER:20:1962208070025045
RELATED REFERENCE:21:1962587195
NARRATIVE:79:WE CONFIRM WE  ISSUED TODAY CHECK NR/2587195 DATE
OF ISSUE 22/08/2007 USD10.000.000,00,F/O WAVE NAVI
GATION LTD DRAWN ON YOUR ACCOUNT.
 REGARDS
 NATIONAL BANK OF GREECE SA SHIPPING BRANCH 196 PI
RAEUS GREECE


5930 HM/NIA:22/08/07  196 196EA 047 1962208070025045

True copy of the original.
Piraeus, 19/3/2014
The certifying lawyer

KATEPINA M. ΑΘΑΝΑΣΙΟΥ
ΔΙΚΗΓΟΡΟΣ [illegible]

Katerina M. Athanasiou
Lawyer (Athens Bar 17620)
2, Boubculinas str., Piraeus
tel. +30-210-4144105