**Patel, Samit**

---

**From:** Michael D. Wilson
**Sent:** Tuesday, April 08, 2014 12:23 PM
**To:** 'Laura.Martini@mynycb.com'
**Cc:** Caspar F. Ewig
**Subject:** Wave Navigation subpoena

Dear Ms. Martini,

   We confirm our telephone advices today that the testimony of an NYCB representative will be required in response to the subpoena served on the bank in this matter. For the convenience of the witness, the testimony can be conducted by conference call, attended by the witness, the arbitrators and counsel. In order to arrange a conference date convenient to all, we ask that the NYCB representative advise of a number of available dates for the conference, which I will then pass on to the arbitrators and counsel to find a date agreeable to all. Initially, I would propose April 15, 16,21,22 and 25. Please advise whether the bank representative is available on any or all of these dates. I would expect the call would begin at noon (or later if convenient to the witness) and last perhaps an hour or hour and a half.

   Thank you for your continued cooperation and I look forward to hearing from you.

Regards,

Michael D. Wilson
Hill Rivkins LLP
45 Broadway
New York, N.Y. 10006
(212) 669-0600
mwilson@hillrivkins.com