# Patel, Samit

| | |
|---|---|
| **From:** | Candace Carter - Office of the CRO Group <Candace.Carter@mynycb.com> |
| **Sent:** | Monday, April 14, 2014 2:38 PM |
| **To:** | 'MWilson@hillrivkins.com' |
| **Subject:** | Wave Navigation subpoena - Premier Banking |

Dear Michael-

NYCB is in receipt of your request for a bank representative.  In your e-mail to Ms. Martini dated 4/14/14, you reference that no one from NYCB has contacted you regarding you e-mail of 4/8/14.  Notably, I left a message last week (4/9/14, I believe) to discuss your request for testimony from a Bank representative.  Please contact me at your earliest convenience to discuss your request.

Candace

**CANDACE Y. CARTER**
Vice President and Assistant Counsel to the Litigation Group
Office of the Chief Risk Officer



New York Community Bancorp, Inc.
1801 East 9th Street, Cleveland, OH 44114
Phone: 216-588-4324 | Fax: 216-588-4381