# HILL RIVKINS LLP

45 Broadway, Suite 1500, New York, NY 10006-3793
Tel: 212 669-0600    Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

CASPAR F. EWIG
Direct: (212) 669-0616
cewig@hillrivkins.com

May 14, 2014

failla_nysdchambers@nysd.uscourts.gov

The Hon
Katherine Polk Failla, USDJ
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Bailey v. ABS, et al.
12 Civ 5959 (RJS)
HR Ref.: 31263-mdw/cfe    .

Dear Judge Failla:

Further to our letter of May 9, we wish to advise the Court that the Panel has issued the attached Order dated May 13, 2014, refusing to retract the subpoena issued to Atlantic Bank of New York.

Respectfully,

HILL RIVKINS LLP
by:
Caspar F. Ewig

CFE:ich

Cc:   Patrick F. Lennon, Esq
Anne Leveseur, Esq.

NEW JERSEY
102 South Broadway
South Amboy, NJ 08879-1708
Tel: 732 838-0300  Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Tel: 713 222-1515  Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263  Fax: 916 535-0268
e-mail: thefirm@brnlaw.com