---

In the Matter of the Arbitration
Between
BAILEY SHIPPING LIMITED,
Claimant,

and

AMERICAN BUREAU OF SHIPPING,
AMERICAN BUREAU OF SHIPPING HELLAS,
MS. MARTHA C. ADAMS, MR. IOANNIS
ARMENAKIS, MR. CHRISTOS LAMBROU,
MR. PANTELIS KALIPETIS,
Respondents.
-----------------------------------------------------------X

Before:
John F. Ryan Esq., Chairman
Christopher H. Mansuy, Esq.
William R. Bennett, III, Esq.

HAVING BEEN ASKED by counsel for the ATLANTIC BANK of NEW YORK to withdraw the SUBPOENA DUCES TECUM dated March 7, 2014 executed by this PANEL and upon careful consideration the Panel will not withdraw the SUBPOENA DUCES TECUM.

SO ORDERED

MAY 13, 2014

_____
John F. Ryan, Esq., Chairman

_____
Christopher H. Mansuy

_____
William R. Bennett, III