

# HILL RIVKINS LLP

45 Broadway, Suite 1500, New York, NY 10006-3793
Tel: 212 669-0600    Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/31/2015
```

**MEMO ENDORSED**

March 30, 2015

Via e-mail:

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Bailey Shipping Limited v.
American Bureau of Shipping, et al.
Index No.: 12 Civ. 5959 (KPF)
Our File No.: 31263-MDW/CFE

Dear Judge Failla:

We represent defendants, American Bureau of Shipping et al. (hereinafter "ABS") in this action which is stayed pending arbitration pursuant to the Court's August 27, 2012 Order. We write to report the status of the arbitration as directed.

As previously reported, the Arbitration Panel has agreed to determine, as a threshold and potentially dispositive issue, whether Bailey Shipping reasonably relied on any representations of American Bureau of Shipping when it purchased the M/V ZAIRA. Pursuant to a schedule set by the Panel, the parties submitted factual and documentary submissions in January and February, 2015 and are to submit briefs on the reliance issue by April 3, 2015, at which time the issue will be ripe for determination by the Panel.

Mr. Lennon, plaintiff's counsel, has reviewed and joins in this report.

Respectfully submitted

Hill Rivkins LLP

Michael D. Wilson

NEW JERSEY
102 South Broadway
South Amboy, NJ 08879-1708
Tel: 732 838-0300  Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Tel: 713 222-1515  Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263  Fax: 916 535-0268
e-mail: thefirm@brnlaw.com

March 30, 2015
Page 2

MDW:ds

cc:   Via e-mail
      Patrick Lennon, Esq.
      Lennon Murphy Caulfield
      & Phillips LLC

083JudgeFailla

```
The Court has received and reviewed this status letter.  The
parties are hereby ORDERED to file a joint letter with the Court on
or before July 28, 2015, advising of the status of the arbitration.

Dated: March 31, 2015              SO ORDERED.
       New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE