**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
BAILEY SHIPPING, LTD,
                              Plaintff,

          -v-

AMERICAN BUREAU OF SHIPPING, et al.,
                              Defendants.
----------------------------------------------------------X
AMERICAN BUREAU OF SHIPPING,
                              Petitioner,

          -v-

BAILEY SHIPPING, LTD,
                              Respondent.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  5|1|19

12 **CIVIL** 5959 (KPF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Opinion and Order dated May 1, 2019, Petitioner's motion to confirm the Final

Award is GRANTED. Judgment is entered for Petitioner and against Respondent in the amount

of $168,090.19. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. §

1961; accordingly, the case is closed.

**Dated:**  New York, New York
          May 1, 2019

                              **RUBY J. KRAJICK**
                              _____
                              **Clerk of Court**
**BY:**
                              _____
                              **Deputy Clerk**